No. 562. WILLIAMS *v.* PENNSYLVANIA RAILROAD Co. January 16, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ernest B. Williams, pro se.* No appearance for respondent.

No. 565. BIMBO *v.* ILLINOIS. January 16, 1939. Petition for writ of certiorari to the Supreme Court of Illinois, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wm. Scott Stewart* for petitioner. No appearance for respondent.

No. 573. BROWN *v.* ZERBST, WARDEN. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *John H. Brown, pro se.* No appearance for respondent.

No. 547. OHIO EX REL. GREEN *v.* KING, CLERK OF COURT, ET AL. January 16, 1939. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Carl Green* for petitioner. No appearance for respondents.

No. 499. BRYAN ET AL. *v.* UNITED STATES. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chas. L. Yancey* and *Grover C. Spillers* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.